**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.**  09-cv-01763-WYD-KMT          FTR-Courtroom C-201

**Date:**   June 14, 2010                                        Courtroom Deputy, Ellen E. Miller

ALPHA  PRIME  DEVELOPMENT  CORP.,          Thomas  W. Snyder

                Plaintiff(s),

v.

HOLLAND LOADER COMPANY, LLC., et al,          Sara  P.  Bellamy

                Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING:     MOTION   HEARING**
**Court in Session :**  10:35 a.m.
Court calls the case.  Appearances of Counsel.  Also at Plaintiff table is Joseph Havlin.

The Court raises Plaintiff's Motion for a Protective Order Concerning Business Valuation Discovery
Requests for argument.

Argument by Mr. Snyder on behalf of Plaintiff.
Argument by Ms. Bellamy on behalf of Defendants.

**It is ORDERED:**          Plaintiff's  MOTION  FOR  A  PROTECTIVE  ORDER  CONCERNING
                            BUSINESS  VALUATION  DISCOVERY  REQUESTS  [Docket No. **36,**
                            Filed April 15, 2010] is **DENIED** for reasons as set forth on the record.

Discussion is held regarding the Stipulated Protective Order Governing Confidentiality [Docket No. 27,
Entered by the Court March 22, 2010].

**It is ORDERED:**          **On or before JUNE 21, 2010,**   the parties shall file a Supplement to the
                            Stipulated Protective Order Governing Confidentiality [Docket No. 27] with
                            modifications as to "Confidential and/or For Attorneys Eyes Only" designations.

Discussion is held regarding modifications to the Scheduling Order [Docket No. 11, Filed October 22,
2009].

**It is ORDERED:**          Plaintiff shall disclose information pursuant
                             to business valuation as ordered on or before      JULY 06, 2010.

Plaintiff shall complete expert disclosures on or before AUGUST 06, 2010.
Rebuttal experts shall be designated on or before SEPTEMBER 06, 2010.
Discovery deadline is OCTOBER 04, 2010.
Dispositive Motions deadline is NOVEMBER 04, 2010.


A **FINAL PRETRIAL CONFERENCE** is set for**: JANUARY 04, 2011 at 10:00 a.m.**
in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.
The proposed final pretrial order shall be filed, and then sent as a Word or WordPerfect attachment to Tafoya_Chambers@cod.uscourts.gov FIVE (5) business days prior to the Final Pretrial Conference. In the subject line fo the e-mail, counsel shall list the case number, short caption, and "proposed final pretrial order:


Discussion is held regarding any depositions of person in Singapore. Parties are urged to schedule any deposition(s) while the individual may be in the United States.


HEARING CONCLUDES.

**Court in recess:** 11:23 a.m.
Total In-Court Time: 00:48


*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.