IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01763-WYD-KMT

ALPHA PRIME DEVELOPMENT CORPORATION,

    Plaintiff,

v.

HOLLAND LOADER COMPANY, LLC; and
STEVEN MICHAEL SVATEK,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (filed October 13, 2010). The Stipulation seeks a dismissal of the case with prejudice as a result of the parties' resolution of the disputes. I conclude that the Stipulation should be approved and the case dismissed. Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay his or its own attorneys' fees and costs.

Dated: October 14, 2010

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge